UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JONES,<br><br>  Petitioner,<br><br> v.<br><br>DAVID BAUGHMAN,<br><br>  Respondent. | No. 2:21-cv-2241 TLN KJN P<br><br><br>ORDER |

    Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 15, 2022, the undersigned issued an order to show cause based on petitioner's failure to oppose respondent's March 4, 2022 motion to dismiss. However, on April 15, 2022, petitioner's opposition, signed April 3, 2022, was entered on the docket. Therefore, the order to show cause is vacated. Respondent's reply, if any, shall be filed fourteen days after the opposition was filed by petitioner. Local Rule 230(l).

    Accordingly, IT IS HEREBY ORDERED that:

    1. The April 15, 2022 order to show cause (ECF No. 10) is vacated; and

    2. Respondent's reply, if any, shall be filed fourteen days after the opposition was filed by petitioner.

Dated: April 27, 2022

/jone2241vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE